

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:      Kendall Bell v. The State of Texas

Appellate case number:      01-15-00510-CR

This court issued its opinion and judgment in this case on June 28, 2018. The State of Texas has filed a motion for en banc reconsideration.

It is **ORDERED** that Kendall Bell file his response to the State's motion for en banc reconsideration with this court on or before August 15, 2018.

Judge's signature:      /s/ Jennifer Caughey
⊠ Acting individually      ☐ Acting for the Court

Date:  July 19, 2018